CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 16 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: _____

COUNTY: Rankin_____

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 3:22CR123-TSL-FKB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  _X_ NO

MATTER TO BE SEALED:  _X_ YES  ____ NO

NAME/ALIAS: Nicole Moore

**U.S. ATTORNEY INFORMATION:**

AUSA  Glenda R. Haynes       BAR # 2132
AUSA  Eric Peffley            BAR # 0396652

INTERPRETER:  _X_ NO  ____ YES    LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**    ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: _1_    ____ PETTY    ____ MISDEMEANOR    _1_ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   18:242.F | 18 USC § 242 | Deprivation of Rights Under Color of Law | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: /s/ Glenda R. Haynes